1
2
3
4
5
6

**Tomas A. Guterres, Esq. (State Bar No. 152729)**
**David J. Carroll, Esq. (State Bar No. 291665)**
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA  91030**
**(626) 243-1100 – FAX (626) 243-1111**
**Email:  tguterres@ccmslaw.com**
**Email:  dcarroll@ccmslaw.com**

Attorneys for Defendants,

7
8
9
10

COUNTY OF LOS ANGELES (erroneously sued as LOS ANGELES COUNTY and
LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE); JACKIE LACEY;
RICHARD D. DOYLE; MICHAEL A. YGLECIAS (erroneously sued as MICHAEL
A. IGLECIAS); MANUEL GARCIA, JR.; LAUREN N. GUBER; and DEBORAH
SCOTT

11

# UNITED STATES DISTRICT COURT

12

## CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| RICHARD A. GARZA, | ) CASE NO. EDCV 14-1304 R (AJWx) |
| | ) *[Assigned to Judge Manuel L. Real,* |
| Plaintiff, | ) *Courtroom 8]* |
| | ) |
| vs. | ) **JUDGMENT** |
| | ) |
| LOS ANGELES COUNTY; LOS | ) |
| ANGELES COUNTY DISTRICT | ) |
| ATTORNEY'S OFFICE; JACKIE | ) |
| LACEY, individually; RICHARD D. | ) |
| DOYLE, individually; MICHAEL A. | ) |
| IGLECIAS, individually; MANUEL | ) |
| GARCIA, JR., individually; LAUREN | ) |
| N. GUBER, individually; DEBORAH | ) |
| SCOTT, individually; and DOES 1 | ) |
| through 10, inclusive, | ) **Complaint Filed:  6/27/14** |
| | ) |
| Defendants. | ) **Trial: None** |
| | ) |

27

/ / /

28

/ / /

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

19274

1    On January 6, 2015, this Court granted Defendants COUNTY OF LOS
2  ANGELES, JACKIE LACEY, RICHARD D. DOYLE, MICHAEL A. YGLECIAS,
3  MANUEL GARCIA, JR., LAUREN N. GUBER, and DEBORAH SCOTT's Motion
4  to Dismiss Plaintiff RICHARD A. GARZA's Second Amended Complaint without
5  leave to amend as to all Defendants and all causes of action.

6    It is therefore **ORDERED, ADJUDGED, AND DECREED** that:

7    1.    Plaintiff RICHARD A. GARZA take nothing from Defendants COUNTY
8  OF LOS ANGELES, JACKIE LACEY, RICHARD D. DOYLE, MICHAEL A.
9  YGLECIAS, MANUEL GARCIA, JR., LAUREN N. GUBER, and DEBORAH
10 SCOTT; and

11   2.    All claims and causes of action asserted by Plaintiff RICHARD A.
12 GARZA against Defendants COUNTY OF LOS ANGELES, JACKIE LACEY,

13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

19274

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

2

1       3.      RICHARD D. DOYLE, MICHAEL A. YGLECIAS, MANUEL

2   GARCIA, JR., LAUREN N. GUBER, and DEBORAH SCOTT are dismissed with

3   prejudice.

4   **APPROVED AS TO FORM:**

5

6   DATED:  February 10, 2015          COLLINS COLLINS MUIR + STEWART LLP

7

8                                      By: _____

9                                          DAVID J. CARROLL
                                           TOMAS A. GUTERRES
10                                         Attorneys for Defendants,
                                           COUNTY OF LOS ANGELES; JACKIE
11                                         LACEY; RICHARD D. DOYLE;
                                           MICHAEL A. YGLECIAS; MANUEL
12                                         GARCIA, JR.; LAUREN N. GUBER; and
                                           DEBORAH SCOTT
13

14

15  / / /

16  / / /

17  DATED:  February 9, 2015           LAW OFFICES OF SANFORD M. PASSMAN

18
                                            /S/ Sanford M. Passman
19                                     By: _____

20                                         SANFORD M. PASSMAN
                                           Attorneys for Plaintiff,
21                                         RICHARD A. GARZA

22

23  **IT IS SO ORDERED.**

24

25

26  Date:  May 29, 2015                    Hon. Manuel L. Real

27                                         United States District Judge

28

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax       (626) 243-1111

19274

3

**JUDGMENT**